**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSE A. HERNÁNDEZ-TIRADO,** | : | |
| Petitioner | : | |
| | : | **CIVIL NO. 3:CV-14-2287** |
| v. | : | |
| | : | (Judge Caputo) |
| **CRAIG LOWE, *et al.*,** | : | |
| Respondents | : | |

**O R D E R**

**AND NOW**, this **16th** day of **DECEMBER, 2014**, based on the accompanying memorandum, it is ordered that:

1. Mr. Hernández-Tirado's petition for writ of habeas corpus (Doc. 1) is dismissed without prejudice to filing his claims in a civil rights action.

2. Mr. Hernández-Tirado's Motion for Appointment of Counsel (Doc. 2) is denied as moot given the dismissal of his petition for writ of habeas corpus without prejudice.

3. The Clerk of Court is directed to close this case.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO
United States District Judge**